UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                                              ORDER

        -against-

                                              11 CR 568-5 (PKC)

MICHAEL ACOBES,

             Defendant(s).
-------------------------------------------------------x

CASTEL, U.S.D.J.

        Karloff Commissiong is appointed CJA attorney for the sole purpose of representing Michael Acobes on motion for compassionate release.

        SO ORDERED.

                                              P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
          May 19, 2020