# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 19, 2020

VIA ECF
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application to withdraw is GRANTED.

SO ORDERED.
May 19, 2020.

_____
P. Kevin Castel
United States District Judge

**Re:  United States v. Michael Acobes**
    **11 Cr. 568 (PKC)**

Dear Judge Castel,

 I filed a notice of appearance in the above-captioned case on May 14, 2020, so that Federal Defenders could assist Mr. Acobes in his compassionate release application. Immediately thereafter, we discovered that Federal Defenders has a conflict of interest and asked chambers to appoint CJA counsel in our stead. I understand CJA counsel is being appointed today.

 Therefore, I seek the Court's permission to withdraw the notice of appearance at Dkt. No. 533.

 Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender