UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                   11-cr-568 (PKC)

     -against-

                                                   ORDER

MICHAEL ACOBES,

                       Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

       The August 3, 2020 compassionate release hearing will be conducted via teleconference. The call-in information for this teleconference is:

       <u>Dial-in</u>:     (888) 363-4749

       <u>Access Code</u>:   3667981

SO ORDERED.

                                                   P. Kevin Castel
                                        United States District Judge

Dated:  New York, New York
           July 28, 2020