IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER ON MOTION FOR |
| | ) | REDUCTION IN SENTENCE |
| V. | ) | UNDER 18 U.S.C. § 3582(c)(1)(A) |
| | ) | COMPASSIONATE RELEASE |
| MICHEAL ACOBES, | ) | |
| | ) | 11 CR 568 (PKC) |
| Defendant. | ) | |

Upon motion of the defendant for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors set forth in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission to the extent they are relevant to whether a deduction is warranted (and, if so, the amount of the reduction),

IT IS ORDERED that the motion is GRANTED.

The defendant's previously imposed sentence of imprisonment of 120 months is reduced to Time Served. The defendant is to remain in Bureau of Prisons custody until the defendant's residence can be verified or a release plan can be developed. Additional custody shall not exceed 5 days unless extended by the Court.

The defendant's term of supervised release is unchanged. The defendant's conditions of supervised release are unchanged.

IT IS SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
August 3, 2020